## JOHN GRANT *v.* LAURENT MILLAUDON.

THIS case, and that of Millaudon against Grant, were consolidated in the Commercial Court.

*Roselius* and *Duncan*, for the plaintiff.

*Benjamin*, for the appellant.

MARTIN, J.   These two cases were consolidated by consent. There was a verdict and judgment against Millaudon, and he appealed. The cases turn entirely upon a question of fact; no question of law appears to have been raised therein. After a patient hearing, and a close examination of the testimony, it does not appear to us, that any thing can justify our interference in the case.

*Judgment affirmed.*